**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEVIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRYAN CAVE, LLP, DISABILITY PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | Case No. CV 16-1233-GW(AJWx)<br><br>**ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-01233-GW (AJWx) is dismissed in its entirety with prejudice as to all defendants, pursuant to the stipulation of the parties, with each party bearing her or its own attorneys' fees and costs.

Dated: August 16, 2016

_____
GEORGE H. WU, U.S. District Judge